Opinion by HARALSON, J.

---

# Reed *v.* Langley.

APPEAL from Tallapoosa Circuit Court.
Tried before the Hon. N. D. DENSON.

E. M. OLIVER and GARRETT & LACKEY, for appellant.

THOS. L. BULGER and JAMES W. STROTHER, for appellee.

This was a statutory action of ejectment, brought by the appellee against the appellant, to recover certain lands specifically described in the complaint. From a judgment in favor of the defendant, the plaintiff appeals.

The judgment is affirmed.